IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HARRIET SAVITCH,

    Plaintiff,

v.

MARTIN KIRK, individually and in his
official capacity as Code Enforcement Officer
of the Department of Land Use of New Castle
County, and NEW CASTLE COUNTY,

    Defendants.

C. A. NO:  07 - 215

**JURY TRIAL DEMANDED**

## COMPLAINT

### FACTS COMMON TO ALL COUNTS

1. The Plaintiff, Harriet Savitch, is an adult resident of the State of Delaware residing at 16 Woodbrook Circle, Westwood, Wilmington, DE 19810.

2. The Defendant Martin Kirk, individually and in his official capacity as a Code Enforcement Officer, at all times relevant hereto was employed with the Department of Land Use of New Castle County and his office is located at 87 Reads Way, New Castle, DE 19720.

3. The Defendant New Castle County is a governmental entity in the State of Delaware.

4. On April 22, 2005 Plaintiff was in her home when Defendant Martin Kirk, a Police Officer whose name is unknown, a medical doctor whose name is unknown and emergency personnel appeared at her home without any warrants, documentation and/or prior permission or knowledge by Plaintiff.

5.  The Defendant Martin Kirk asked Plaintiff to come out of her home and once she was outside, he explained to her that he was concerned about her health and that they were taking here into custody and being transported to the Wilmington Hospital.

6.  Plaintiff was not permitted to go back into her home to get personal items or her walker.

7.  The Defendant Martin Kirk, the Police Officer and the medical doctor informed Plaintiff that she had to go to the hospital.

8.  The presence of the Police Officer and the medical doctor were there to ensure that Plaintiff was taken into custody at the direction of Defendant Martin Kirk and transported to the Wilmington Hospital.

9.  Plaintiff was taken into custody, without any justification, and was involuntarily admitted to the Wilmington Hospital where she was examined and later transferred to St. Jones Behavioral Center for a psychological evaluation.

10. The psychiatric doctor from St. Jones Behavioral Center found no basis for Plaintiff's admission for a psychological evaluation and release Plaintiff.

11. Upon Plaintiff's arrival to her home, it was boarded up and was not permitted to enter her home.

## JURIDICTION

12. This action arises under the Fourth and Fourteenth Amendments to the United States Constitution, and the Civil Rights Action of 1870, 42 U.S.C. §1983 et seq. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1343.

13. This Court has pendant jurisdiction over related State claims based on the facts and circumstances that support the Federal violations.

## COUNT I

## CONSTITUTIONAL VIOLATION

14. Paragraphs 1 to 13 are hereby realleged in their entirety and incorporated herein by reference.

15. The actions of Defendant Martin Kirk violated Plaintiff's right to be free from an unlawful seizure under the Fourth Amendment to the United States Constitution. Defendant Martin Kirk and New Castle County are liable to the Plaintiff for Defendant Kirk's unlawful actions in violation of the Constitution, individually, and in his official capacity as Code Enforcement Officer of the Department of Land Use of New Castle County.

16. As a result of the Defendants' actions, Plaintiff suffered psychological and financial damages.

## COUNT II

## NEGLIGENT INFLECTION OF EMOTIONAL DISTRESS

17. Paragraphs 1 to 16 are hereby realleged in their entirety and incorporated herein by reference.

18. Defendant Martin Kirk, in his capacity as a New Castle County Code Enforcement Official, by his gross negligence and/or recklessness, related to the unconstitutional and unlawful seizure of Plaintiff, breached the duty of care owed to Plaintiff.

20. At all times relevant hereto, the Defendant Martin Kirk was acting within the scope of his employment, and therefore, Defendant New Castle County is vicariously liable for the actions of its agents, servants and/or employees.

21. As a proximate cause and result of the Defendant's gross negligence and recklessness, Plaintiff has suffered and continues to suffer mental anguish and emotional distress.

## COUNT III

### UNLAWFUL DETENTION

22. Paragraphs 1 to 21 are hereby realleged in their entirety and incorporated herein by reference.

23. The seizure of the Plaintiff and transportation to Wilmington Hospital for an involuntary commitment, at the direction of Defendant Martin Kirk with no lawful basis constitutes an unlawful detention.

24. At all times relevant hereto, the Defendant Martin Kirk was acting within the scope of his employment, and therefore, Defendant New Castle County is vicariously liable for the actions of its agents, servants and/or employees.

WHEREFORE, the Plaintiff demands that judgment be entered against the Defendants, jointly and severally, for compensatory damages, general damages, special damages, punitive damages, mental anguish, emotional distress, together with such other relief as the Court shall deem just and equitable under the circumstances, together with interest and costs of this action.

HARRIET SAVITCH, Pro Se
16 Woodbrook Circle
Westwood
Wilmington, DE 19810

DATED: 4/20/07

**07-215**

⊛JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Harriet Savitch, Pro Se

**(b)** County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
16 Woodbrook Circle, Westwood, Wilmington, DE 19810

## DEFENDANTS
Martin Kirk, individually and in his official capacity as CodeEnforcement Officer of the Dept. of Land Use of New Castle County, and New Castle County

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☒ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC Section 1983
Brief description of cause:
Unlawful Seizure & unlawful detention

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: April 20, 2007
SIGNATURE OF ATTORNEY OF RECORD: Harriet Savitch

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __0 7 - 2 1 5__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

__APR 2 0 2007__  
(Date forms issued)

_____  
(Signature of Party or their Representative)

__HARRIET SAVITCH__  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# __07-215__

CASE CAPTION: __Savitch__ v. __Kirk, et al__

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: __April 20, 2007__    Signed: __Harriet Savitch__
                                                                Pro Se Plaintiff

Date Received by Clerk's office: __APR 20 2007__    Signed: __Evette Watson__
                                                                Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04