IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRIET SAVITCH,** | : |
| Plaintiff, | : |
| v. | : C.A.No. 07-215 (SLR) |
| **MARTIN KIRK, individually and in his official capacity as Code Enforcement Officer of the Department of Land Use of New Castle County, and NEW CASTLE COUNTY,** | : |
| Defendants. | : Jury Trial Demanded |

### PRAECIPE

TO: CLERK OF COURT

Please issue the alias summons to Defendants Martin Kirk and New Castle County.

*/s/ Harriet Savitch*
HARRIET SAVITCH
16 Woodbrook Circle
WESTWOOD
Wilmington, DE 19810

Dated: August 20, 2007