AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

HARRIET SAVITCH,
        PLAINTIFF

ALIAS

SUMMONS IN A CIVIL CASE

V.

MARTIN KIRK, individually and
in his official capacity as
Code Enforcement Officer of the
Department of Land Use of
New Castle County, and NEW
CASTLE COUNTY,

        DEFENDANTS.

CASE NUMBER: 07-215(SLR)

TO: (Name and address of Defendant)

Martin Kirk, Code Enforcement Officer
Department of Land Use
New Castle County
87 Reads way
New Castle County, DE 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~[struck through]~~

an answer to the complaint which is served on you with this summons, ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          8/20/07

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8-20-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Wayne Wuirn | P.I.   Lic # 07-26-A |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where  khaki pants, plaid shirt, docksidy shoes
Served on Martin Kirk who wanted Marshal Purphit present to accept
the subpoena

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): Marshal ____ Esq
received Subpoena

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-07         _Wayne Wun_
                Date           Signature of Server
1530 hrs

PO Box 97 Lewes DE. 19958
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.