AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

HARRIET SAVITCH,
    PLAINTIFF

*ALIAS*
**SUMMONS IN A CIVIL CASE**

V.

MARTIN KIRK, individually and
in his official capacity as
Code Enforcement Officer of the
Department of Land Use of
New Castle County, and NEW
CASTLE COUNTY,

    DEFENDANTS.

CASE NUMBER: 07-215(SLR)

TO: (Name and address of Defendant)

NEW CASTLE COUNTY
c/o Chris Coons, Chief Executive Officer
New Castle County
87 Reads way
New Castle County, DE 19720

FILED 2007 AUG 29 PM 3:55 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~[redacted]~~

an answer to the complaint which is served on you with this summons,   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO             8/20/07
CLERK                            DATE

*[signature]*
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8-20-07 |
| NAME OF SERVER (PRINT) Wayne Warren | TITLE | DC Lic # 07-26-A |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): _X_ Hardwell Curtis Esq. Carolyn from the office accepted subpoena for Chris Coons (white female, 5'6", with thin dark clothing)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-07       _Wayne Warren_
              Date          Signature of Server

1530 hrs

P.O. Box 97 Lewes, DE 19958
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.