## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HARRIET SAVITCH,                              :
                                             :
        Plaintiff pro se,                    :        Case No. 07-215
                                             :
        v.                                   :
                                             :
MARTIN KIRK, individually and in             :
his official capacity as Code Enforcement    :
Officer of the Department of Land Use        :
of New Castle County, and NEW                :
CASTLE COUNTY,                               :
                                             :
        Defendants.                          :

### DEFENDANTS MARTIN KIRK AND NEW CASTLE COUNTY'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 (b), Defendants Martin Kirk

and New Castle County hereby move for summary judgment.  The basis for the

Defendants' motion is set forth in their opening brief filed herewith.

Respectfully submitted,

/s/ Harshal Purohit
Harshal Purohit, (No. 4593)
New Castle County Law Department
87 Read's Way
New Castle, DE 19720
(302) 395-5272
Attorney for Defendants, Martin Kirk
and New Castle County

DATED:  September 6, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HARRIET SAVITCH,** | : | |
| | : | |
| **Plaintiff pro se,** | : | Case No. 07-215 |
| | : | |
| **v.** | : | |
| | : | |
| **MARTIN KIRK, individually and in** | : | |
| **his official capacity as Code Enforcement** | : | |
| **Officer of the Department of Land Use** | : | |
| **of New Castle County, and NEW** | : | |
| **CASTLE COUNTY,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW, TO WIT,** the foregoing motion having been considered, it is hereby

ORDERED that the Plaintiff's Complaint is dismissed, with prejudice.

_____
Judge