U.S. District Court

07-215

This is a motion for an extension of time, to file, in response to a summary judgement from the county (New Castle).

A copy of this document was sent on 9/28/07 to Harshal Purohit, New Castle County Law Department, New Castle Corporate Commons, 87 Reads Way, New Castle, DE 19720

Harriet T. Savitch
Sept. 28, 2007

FILED
2007 SEP 28  PM 3:26
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE