Case# 07-CV-215

October 1, 2007
Wilmington, Delaware

Dear Judge Robinson,

Last Friday I entered a request for additional time have a lawyer represent me in my lawsuit against New Castle County. I thought I had agreed, in good faith, to be represented by a lawyer who, after receiving a retainer of $1500. to review the merits of my position said his firm would indeed handle my case. He requested a $20,000. fee be paid and a nine page document be signed by me. It took over 10 days for me to liquidate over $60,000. of stock to come up with the full amount because of a devastating "market correction!" I brought in a signed check to cover the $20,000. fee which was to be replenished every month so that $20,000. was a static amount. I checked in almost daily with his office as to the status of my cleared checks, only to receive notice that he would not

represent me because I took too long to come up with the total amount. He would not accept $12,600 immedeately and the remainder within two weeks. Meanwhile, that left me high and dry legally. I've contacted the Delaware Bar Association referral service to supply me with the name of a suitable attorney, therefore, I need the time extension from this court.

Thank you for the patience to read my longhand.

HARRIET T. SAVITCH

CASE NO. 70-215



FILED
OCT -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE