IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRIET SAVITCH,** : | |
| : | |
| Plaintiff pro se, : | Case No. 07-215 |
| : | |
| v. : | |
| : | |
| **MARTIN KIRK, individually and in** : | |
| **his official capacity as Code Enforcement** : | |
| **Officer of the Department of Land Use** : | |
| **of New Castle County, and NEW** : | |
| **CASTLE COUNTY,** : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW, TO WIT,** the foreging motion having been considered, it is hereby ORDERED that the Plaintiff's Motion for Extension is denied.

_____
Judge