IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRIET SAVITCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN KIRK, individually and in his ) <br> official capacity as Code Enforcement ) <br> Officer of the Department of Land Use ) <br> of New Castle County, and NEW ) <br> CASTLE COUNTY, ) <br> ) <br> Defendants. ) | Civ. No. 07-215-SLR |

**ORDER**

At Wilmington this 31st day of October 2007, having reviewed plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment;

IT IS ORDERED that said motion (D.I. 8) is granted. The court generally does not resolve motions for summary judgment (as opposed to motions to dismiss) before the completion of discovery.

Therefore, IT IS FURTHER ORDERED that:

1. Defendants' motion for summary judgment (D.I. 6) is denied without prejudice to renew at the close of discovery.

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **February 29, 2008.**

3. **Application by Motion**. Any application to the court shall be by written motion filed with the Clerk of Court. Unless otherwise requested by the court, the

parties shall **not** deliver copies of papers or correspondence to chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **March 31, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **April 14, 2008**. Reply briefs shall be filed on or before **April 21, 2008**.

5. **Applications by Motion**. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

_____
United States District Judge

2