IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRIET SAVITCH,** | : |
| | : |
| Plaintiff pro se, | :   Case No. 07-215 SLR |
| | : |
| v. | : |
| | : |
| **MARTIN KIRK, individually and in** | : |
| **his official capacity as Code Enforcement** | : |
| **Officer of the Department of Land Use** | : |
| **of New Castle County, and NEW** | : |
| **CASTLE COUNTY,** | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

    I, Harshal Purohit, Assistant County Attorney, on this 13th day of December, 2007, hereby certify that I have caused (2) copies of the foregoing "DEFENDANTS MARTIN KIRK AND NEW CASTLE COUNTY'S FIRST REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF, HARRIET SAVITCH" to be served on the following counsel by U.S. first class mail, postage prepaid:

Harriet Savitch
16 Woodbrook Circle
Wilmington, DE 19810

                                                    NEW CASTLE COUNTY LAW DEPARTMENT

                                                          /s/   Harshal Purohit
                                                    HARSHAL PUROHIT (DE I.D. No.4593)
                                                    Assistant County Attorney
                                                    87 Reads Way, New Castle, DE 19720
                                                    *Attorney for Defendants Kirk and New Castle County*