IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRIET SAVITCH,            : <br>                             : <br>   Plaintiff pro se,         :    Case No. 07-215 <br>                             : <br>   v.                        : <br>                             : <br> MARTIN KIRK, individually and in : <br> his official capacity as Code Enforcement : <br> Officer of the Department of Land Use : <br> of New Castle County, and NEW : <br> CASTLE COUNTY,              : <br>                             : <br>   Defendants.               : | |

     I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 21st day of February, 2008, two copies of the foregoing "Defendants Martin Kirk and New Castle County's Motion to Compel Discovery" was served via U.S. Mail, postage prepaid, to the party at the following address:

     Harriet Savitch
     16 Woodbrook Circle
     Wilmington, DE 19801

/s/ Harshal Purohit
Harshal Purohit, Assistant County Attorney (#4593)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302) 395-5272
*Attorney for New Castle County and Martin Kirk*

Dated: February 21, 2008