February 27, 2008
Wilmington Delaware
CASE NO. 07-215

To Judge Sue L. Robinson

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 FEB 27 AM 11: 26

Dear Judge Robinson,

First, I must thank you for granting me time to hire a new lawyer. I had contacted the Delaware Bar Association referral service to supply me with the name of a suitable attorney. A Mrs. Scott was to call me. After three weeks, I phoned the referral service and they told me that it takes at least four weeks. Six weeks passed and the lawyer that Mrs. Scott referred me to, never even returned my call. The second attorney, after more time passed for Mrs. Scott to give me another name, said that he was currently working on two murder cases and couldn't handle my type case (Jerome Capone). On my own, I've tried to find a lawyer who does civil rights law, mostly I received "sorry, conflict of interest"!! In part, here are the names that I've contacted: Richard Layton and Finger (Mr. Finger has been a life long friend but is retired and not at all well, they couldn't/ever refer a lawyer.) Stargatt, Young, office, Don Gouge, Larry Cronin, Jeff Martin, David Finy, Philip Feinstrauss, Dick Wein, Jim Green, etcetera, etcetera.

currently Gary Abee, at least, said that he would look into it, but not 'till next week!! .

Karen Sullivan in my regular attorney's office, Ober Rhodunda I understood would be able to help me out. She is a lovely young woman, who suggested that I write you a note and request more time. So I am, after losing much sleep fretting over what to do. I do believe very strongly that my case has merit. However, I don't understand how lawyers rely on secretaries to make decisions on what cases to accept or decline, which has happened to me so often. When Mr. Newberger accepted my retainer and agreed to represent me, I had never spoken with him, and never have met him, nor spoken with him. It is a new world of law to me. Judge Robert H. Wahl, a relative, and other family lawyers are all passed away or retired, so I'm not up to date on procedures. I do want a top-drawer attorney and to do what is proper. Once again, thank you for wading through my longhand, I do hope that you can help me.

Sincerely,

Harriet Topkis Savitch

HARRIET TOPKIS SAVITCH

CASE NO. 07-215