IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRIET SAVITCH, | : |
|       Plaintiff pro se, | :    Case No. 07-215 |
| vii. | : |
| MARTIN KIRK, individually and in his official capacity as Code Enforcement Officer of the Department of Land Use of New Castle County, and NEW CASTLE COUNTY, | : |
|       Defendants. | : |

    I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 5th day of March, 2008, two copies of the foregoing "Defendants Martin Kirk and New Castle County's Reply to Plaintiff's Answer to the Defendants' Motion to Compel" was served via U.S. Mail, postage prepaid, to the party at the following address:

    Harriet Savitch
    16 Woodbrook Circle
    Wilmington, DE 19801

                                              *[signature]*
                                Harshal Purohit, Assistant County Attorney (#4593)
                                New Castle County Law Department
                                87 Reads Way
                                New Castle, DE 19720
                                (302) 395-5272
                                *Attorney for New Castle County and Martin Kirk*

Dated: March 5, 2008