IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRIET SAVITCH,** | : |
| Plaintiff pro se, | : Case No. 07-215 SLR |
| v. | : |
| **MARTIN KIRK**, individually and in his official capacity as Code Enforcement Officer of the Department of Land Use of New Castle County, and **NEW CASTLE COUNTY,** | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

    I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 18th day of March, 2008, I have mailed two copies of the foregoing "Defendants Martin Kirk and New Castle County's Motion for Summary Judgment" via United States Mail, postage prepaid, to the following non-registered participant.

    Harriet Savitch
    16 Woodbrook Circle
    Wilmington, DE 19801

/s/ Harshal Purohit
Harshal Purohit, Assistant County Attorney (#4593)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302) 395-5272
*Attorney for New Castle County and Martin Kirk*

Dated: March 19, 2008