**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

May 23, 2008

***Via Electronic Filing***
The Honorable Susan L. Robinson
United States District Court for the
District of Delaware
844 North King Street, Room 6124
Lock Box 27
Wilmington, DE 19801

      Re:    Harriet Savitch v. Martin Kirk, *et. al.*
             Case No. 07-215 SLR

Dear Judge Robinson:

      On March 19, 2008, the Defendants filed a Motion for Summary Judgment. Per this Honorable Court's October 31, 2007 Order, the Plaintiff's Answering Brief was due on April 14, 2008. As of today's date, the Plaintiff has failed to file an Answering Brief. As such, unless this Honorable Court directs otherwise, the Defendants do intend on filing a Reply Brief, and reiterate the arguments set forth in the March 19, 2008 Opening Brief.

      Should Your Honor have any questions, I am available at the Court's convenience.

                                     Respectfully submitted,

                                     /s/    *Harshal Purohit*
                                   Harshal Purohit, Assistant County Attorney
                                   (DE Bar I.D. No. 4593)
                                   New Castle County Law Department
                                   87 Reads Way
                                   New Castle, DE 19720
                                   Tel: (302)395-5130
                                   *Attorney for Defendants*

      cc:    Harriet Savitch, via U.S. First Class Mail