**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **HARRIET SAVITCH,** | : |
| | : |
|     **Plaintiff pro se,** | :  Case No. 07-215 SLR |
| | : |
|     v. | : |
| | : |
| **MARTIN KIRK, individually and in** | : |
| **his official capacity as Code Enforcement** | : |
| **Officer of the Department of Land Use** | : |
| **of New Castle County, and NEW** | : |
| **CASTLE COUNTY,** | : |
| | : |
|     **Defendants.** | : |

**CERTIFICATE OF SERVICE**

    I, Harshal Purohit, Assistant County Attorney, on this 23rd day of May, 2008, hereby certify that I have caused (2) copies of the foregoing Letter to the Hon. Susan L. Robinson dated May 23, 2008 to be served as follows by U.S. first class mail, postage prepaid:

        Harriet Savitch
        16 Woodbrook Circle
        Wilmington, DE 19810

        NEW CASTLE COUNTY LAW DEPARTMENT

          /s/   *Harshal Purohit*
        HARSHAL PUROHIT (DE I.D. No.4593)
        Assistant County Attorney
        87 Reads Way, New Castle, DE 19720
        Tel:  (302)395-5130
        *Attorney for Defendants Kirk and*
        *New Castle County*