IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRIET SAVITCH,<br><br>      Plaintiff,<br><br>     v.<br><br>MARTIN KIRK, individually and in his<br>official capacity as Code Enforcement Officer<br>of the Department of Land Use of New Castle<br>County, and NEW CASTLE COUNTY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-215-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

At Wilmington this 18th day of June, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary (D.I. 20) is granted. The clerk of court is directed to enter judgment in favor of defendants and against plaintiff.

2. Defendants' motion to compel discovery (D.I. 15) is denied as moot.

                                                                                                     _____<br>
                                                                                                     United States District Judge