IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRIET SAVITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN KIRK, individually and in his official capacity as Code Enforcement Officer of the Department of Land Use of New Castle County, and NEW CASTLE COUNTY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-215-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of June 18, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Martin Kirk and New Castle County and against plaintiff Harriet Savitch.

                                                              _____
                                                              United States District Judge

Dated: 6/23/08

                                                              _____
                                                              (By) Deputy Clerk